

# COURT OF APPEALS

| | | |
|---|---|---|
| REBECA C. MARTINEZ | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| PATRICIA O. ALVAREZ | 300 DOLOROSA, SUITE 3200 | |
| LUZ ELENA D. CHAPA | SAN ANTONIO, TEXAS 78205-3037 | |
| IRENE RIOS | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

May 3, 2021

Patrick B. Montgomery
Attorney At Law
111 Soledad Street, Suite 300
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Nathan E. Morey
Paul Elizondo Tower
101 W. Nueva, Suite 525
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Honorable Frank J. Castro
Judge, 399th Judicial District Court
Bexar County Courthouse
300 Dolorosa, 1st Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Alice Gonzales
Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   04-20-00116-CR
        Trial Court Case Number:   2018CR3427
        Style:  Anton Jamail Harris
                v.
                The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
Michael A. Cruz,
Clerk of Court

Monica Rivera
Deputy Clerk, Ext. 53855

FILE COPY

cc: Monica Crawford (DELIVERED VIA E-MAIL)
Joe D. Gonzales (DELIVERED VIA E-MAIL)
Maria Gallegos (DELIVERED VIA E-MAIL)
Barbara Paulissen (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2021

No. 04-20-00116-CR

Anton Jamail **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On April 14, 2021, the State filed a motion to abate this appeal and remand this case to the trial court pursuant to Rule 34.6(e) of the Texas Rules of Appellate Procedure. On May 3, 2021, the State filed a motion for extension of time to file its brief.

In its motion to abate this appeal, the State alleges an inaccuracy exists in the reporter's record and it has been unable to reach an agreement with appellant's counsel on the matter. We GRANT the motion, abate this appeal, and remand the cause to the trial court. We ORDER the trial court to hold a hearing on this matter and settle this dispute. *See* TEX. R. APP. P. 34.6(e)(3). The trial court must provide notice of the hearing to appellant's counsel and the State. The trial court is ORDERED to hold the hearing on or before **May 21, 2021**. If the trial court finds any inaccuracy in the reporter's record, it must order the court reporter to conform the reporter's record (including text and any exhibits) to what occurred in the trial court, and to certify and file such record in this Court. The trial court is ORDERED to file findings of fact and conclusions of law on or before **May 28, 2021**.

All appellate deadlines are suspended pending the trial court's consideration of this matter. The State's motion for an extension of time to file its brief is HELD IN ABEYANCE.

FILE COPY

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court